UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| MITSUBISHI CHEMICAL AMERICA, INC. and MC IONIC SOLUTIONS US, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA; OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE; U.S. TRADE REPRESENTATIVE; U.S. CUSTOMS & BORDER PROTECTION; and ACTING COMMISSIONER OF U.S. CUSTOMS & BORDER PROTECTION, <br><br> Defendants. | **Court No. 21-cv-00365** |

## SUMMONS

TO:    **The Above-Named Defendants:**

You are hereby summoned and required to serve upon Plaintiffs' attorney, whose name and address is set out below, an answer to the complaint which is herewith served upon you, within 21* days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

/s/ Mario Toscano
Clerk of the Court

**Faegre Drinker Biddle & Reath LLP**
191 N. Wacker Drive, Suite 3700
Chicago, IL 60606
Telephone (312) 569-1157

/s/ Wm. Randolph Rucker
Signature of Plaintiffs' Attorney

July 29, 2021

* If the United States or an officer or agency thereof is a defendant, the time to be inserted as to it is 60 days, except that in an action described in 28 U.S.C. § 1581(f) the time to be inserted is 14 days.